O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-214-CAS |
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| FREDERICK BENDTZEN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On August 20, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on July 17, 2014. Government counsel, Kerry Quinn, the defendant and his appointed CJA attorney, Firdaus Dordi, were present. The U.S. Probation Officer, Jose Sanchez, was also present.

    The defendant admits the allegations in violation of his supervised release, as stated in the Petition filed on July 17, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 23, 2007.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed, with the following added condition:

1. The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for the first three (3) months, after being released from imprisonment, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer.

FILE/DATED:   August 20, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk